UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

FILED'10 APR 16 10:45USDC-ORP

UNITED STATES OF AMERICA

v.

JOHN ROBERT BUCKINGHAM,

Defendant.

Case No.: 10-CR-10-146JO

AFFIDAVIT IN SUPPORT OF
MOTION FOR ISSUANCE OF
ARREST WARRANT

STATE OF OREGON      )
                     ) ss.
County of Multnomah  )

I, Edward G. Kinateder, on oath duly state that I am a Federal Air Marshal of the Federal Air Marshal Service and that the statements set forth in this affidavit are true and correct to the best of my knowledge:

1. I have been employed as a Federal Air Marshal for approximately eight and one half years. I am currently assigned to Portland, Oregon, as the Assistant Federal Security Director of Law Enforcement for the Transportation Security Administration (TSA) in Oregon.

2. On September 1, 2008, I received an Incident Report INC2008PDX0418 from TSA. This incident occurred on August 31, 2008, and involved John R. BUCKINGHAM, a person posing as an FAA inspector in an attempt to gain access to Delta Airlines mechanic personnel within the secure area of Portland International Airport (PDX) for the purpose of soliciting money. Based on my review of the Incident Report and my interviews with the Delta Air Lines (DAL) personnel, and other personnel that responded on August 31, 2008, I know the following facts:

Page 1 - **AFFIDAVIT IN SUPPORT OF MOTION FOR ISSUANCE OF ARREST WARRANT**

3. DAL employee Terri SCHWARTZ had the first contact with BUCKINGHAM on August 31, 2008 at the DAL ticket counter. BUCKINGHAM indicated to her he was a Federal Aviation Administration (FAA) Inspector and needed to speak to the mechanics that handle Delta Air Lines. She did not have time to assist him so she referred him to DAL employee Glennis MCWILLIAMS.

4. BUCKINGHAM contacted MCWILLIAMS at the DAL ticket counter and stated to her that "I am an FAA aircraft inspector. I have to go to the Delta maintenance department to do an aircraft inspection." At the same time BUCKINGHAM presented at least two forms of identification that MCWILLIAMS examined. These included a National Helicopter Services identification containing a photo of BUCKINGHAM, and identification from the Department of Transportation - Federal Aviation Administration.

5. MCWILLIAMS said that BUCKINGHAM was very talkative and did not appear nervous. After hearing his claim of needing access to conduct an FAA aircraft inspection and examining his identification she believed that he was actually an FAA inspector there to conduct official business. MCWILLIAMS then notified Delta operations and they sent Delta contract employee Michael D. LOEWEN to the Delta ticket counter to assist BUCKINGHAM with entry into the sterile area of PDX.

6. Once LOEWEN arrived at the ticket counter, MCWILLIAMS then introduced BUCKINGHAM to LOEWEN who then assisted BUCKINGHAM with access to the sterile area of PDX. LOEWEN escorted BUCKINGHAM to the office of Certified Aviation Services where BUCKINGHAM made contact with two aircraft maintenance personnel, David LIVELY and

Jeremy O'LOUGHLIN. At that time, LOEWEN introduced BUCKINGHAM to the two individuals and stated, "This is an FAA inspector, he needs to talk to you."

7. LIVELY indicates in a written statement he provided to this investigation that BUCKINGHAM stated to LIVELY and O'LOUGHLIN that he "was part of the urban law enforcement training that was going on here in Portland... [and] that his company credit card was not working, that he was having car trouble and needed gas money to get to McMinnville where the training was continuing today." During this conversation BUCKINGHAM asked them for $100, however LIVELY and O'LOUGHLIN told BUCKINGHAM they did not have any money to give. LIVELY's written statement indicates he then escorted BUCKINGHAM to Delta Airlines Operations.

8. LOEWEN then received a call from Delta Operations that BUCKINGHAM was asking for money from maintenance employees. LOEWEN then called the Port of Portland Police Department (POPPD).

9. Port of Portland Police Department (POPPD) officers responded and made contact with BUCKINGHAM. BUCKINGHAM stated to POPPD Officer Maracle that he was down on his luck and came out to ask some mechanics he knew for money. BUCKINGHAM said he did not work for FAA but worked for a company that did contract work for the FAA to inspect aircraft. POPPD officers escorted BUCKINGHAM out of the PDX secure area.

10. On April 13, 2010, I interviewed BUCKINGHAM, who denied stating he was there to inspect an aircraft. He told me that he stated to DAL employees that he was "just there for some personal things." Later during the same interview BUCKINGHAM also stated to me that he told Delta Air Lines personnel that "I'm an aircraft mechanic, here is my certificate, I just want to talk

to them about some aircraft."

11. After reviewing law enforcement databases, I determined that BUCKINGHAM has a criminal history in four states, which includes four previous felony convictions reported in the NCIC system. These felonies are for Escape in 1996, Tampering with Physical Evidence in 1999, Dealing in Stolen Property in 2000, Grand Theft in 3rd Degree in 2000. NCIC also reveals BUCKINGHAM's recent criminal history includes arrests in Washington and Oregon.

12. BUCKINGHAM is currently being held at Multnomah County Inverness Jail, Portland, Oregon on the following charges: Forgery I (C Felony), Identity Theft (C Felony), and three counts UUMV (C Felony). BUCKINGHAM's bail is currently set at $25,000.

13. On the basis of the entire contents of this Affidavit and the attached Criminal Information, I believe that there is probable cause for the issuance of an arrest warrant for John R. BUCKINGHAM for violating Title 18 United States Code sections 1036(a)(4), "Entry by False Pretenses into Airport Secure Area." I respectfully request that this Court issue its warrant for the arrest of BUCKINGHAM for that offense, so that I can commence the process of lodging a detainer against him and determine whether I can arrange for him to appear before this Court on a writ.

EDWARD G. KINATEDER

Subscribed and sworn to before me this 16th day of April, 2010.

OFFICIAL SEAL
JUDITH C BURTON
NOTARY PUBLIC-OREGON
COMMISSION NO. 412977
MY COMMISSION EXPIRES JANUARY 15, 2011

NOTARY PUBLIC FOR OREGON
My Commission expires: 7-15-2011

Page 4 - **AFFIDAVIT IN SUPPORT OF MOTION FOR ISSUANCE OF ARREST WARRANT**